IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

C. E. BURNS                                                        PLAINTIFF

V.                                        CAUSE NO. 3:10CV294 DPJ-FKB

TRINITY MISSION HEALTH &
REHAB OF CLINTON, LLC                                        DEFENDANT

**AGREED ORDER ADMINISTRATIVELY CLOSING PROCEEDINGS
AND COMPELLING BINDING ARBITRATION**

THIS CAUSE came before the Court on the motion of the parties requesting the Court enter an Agreed Order Compelling Binding Arbitration pursuant to the agreement of all Parties. The Court, understanding all Parties have agreed upon the entry of this Order and otherwise being fully advised in the premises, finds the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff is to submit each of his claims in this matter against the Defendant (and each claims which could have been brought in this matter) to binding arbitration.

IT IS FURTHER ORDERED AND ADJUDGED that the arbitrator selected to determine the issues presented in this matter and to enter a final order regarding the same, shall be, and hereby is, vested with the full power and authority to rule upon all issues and/or motions, whether now pending or hereafter brought, whether procedural or substantive, whether dispositive or not, which may be presented to him/her by the parties, and to issue any orders, final or otherwise, that he/she may determine as required or justified under the facts presented.

Because the Plaintiff's claims have been referred to binding arbitration, the Clerk of the Court is to administratively close this case. Either party may seek, by motion, to reopen this case in the event further action is required by the Court.

**SO ORDERED** this the 21th day of June, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

APPROVED BY:

s/ Robert C. Boyd
ROBERT C. BOYD, ESQ.
Robert Boyd and Associates, PLLC
Post Office Box 1297
Clinton, MS 39060
    Counsel for Plaintiff

s/ William W. McKinley
WILLIAM W. MCKINLEY, ESQ.
LISA W. MCKAY, ESQ.
Currie Johnson Griffin Gaines & Myers, P.A.
1044 River Oaks Boulevard
Post Office Box 750
Jackson, MS 39205
    Counsel for Defendant Trinity Mission Health and Rehabilitation of Clinton, LLC